# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

JUNJIE ZHANG
　　a.k.a. JEFF ZHANG,

**Defendant.**

CASE NO. 24-CR-20073-DDC-ADM
**FILED UNDER SEAL**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252(a)(4)(B)]**

On or about September 20, 2019, in the District of Kansas, the defendant,

**JUNJIE ZHANG a.k.a. JEFF ZHANG,**

knowingly possessed at least one matter containing one or more visual depictions that

had been shipped and transported using a means and facility of interstate and foreign

commerce, and in and affecting interstate and foreign commerce, and which visual

1

depictions were produced using materials that had been mailed and so shipped and transported, by any means, including by computer; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions being digital images of such conduct, including depicting prepubescent minors and minors who had not attained twelve years of age engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE NOTICE

1.     The allegations contained in Count 1 of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

2.     Upon conviction of one or more of the offenses set forth in Count 1, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

A.     A Seagate external drive enclosure, Model SRD0NF2, 8TB, with serial number NA8FB97L; and

B.     A Seagate internal hard drive, Model ST8000AS0002, with serial number Z840SFRG.

3.      In accordance with Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL.

 August 21, 2024                           s/Foreperson
DATE                                       FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ *Scott C. Rask*
Scott C. Rask
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: scott.rask@usdoj.gov
Ks. S. Ct. No. 15643

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

3

## **PENALTIES**

### **Count 1:  Possession of Child Pornography, 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)**

- Punishable by a term of imprisonment of not more than twenty years.  18 U.S.C. § 2252(b)(2).

- A term of supervised release of not less than five years to no more than life.  18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

- A Justice for Victims of Trafficking Act assessment of $5,000.  18 U.S.C. § 3014.

- A child pornography assessment of $17,000.  18 U.S.C. § 2259A(a)(1).

- Restitution of at least $3,000 per victim.  18 U.S.C. § 2259.

- Registration as a sex offender.

- Forfeiture.